No. 94–1013. OJAVAN INVESTORS, INC., ET AL. v. CALIFORNIA COASTAL COMMISSION. Ct. App. Cal., 2d App. Dist. Certiorari

denied.